## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT SANTANA, | : : : | |
| Plaintiff, | : : | Civil Action No. 13-4059 (FSH) |
| v. | : : : | **MEMORANDUM AND ORDER** |
| COUNTY OF HUDSON, et al., | : : | |
| Defendants. | : : | |

1. This matter was previously administratively terminated because Plaintiff failed to submit a complete *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1), (2), including a certified account statement. In particular, while Plaintiff filed an application which included a signature of an authorized officer of the institution at which Plaintiff is incarcerated, Plaintiff did not include a six-month prison account statement as required by 28 U.S.C. § 1915(b)(2).

2. Plaintiff has now filed a renewed application, however, that application is also insufficient. The account statement does not include the correct time period of account information and was not certified by an authorized officer of the institution at which Plaintiff is incarcerated, as required by 28 U.S.C. § 1915(b)(2).

3. Accordingly, Plaintiff's renewed *in forma pauperis* application will be denied.

   THEREFORE, it is on this 6th day of January, 2014;

   ORDERED that the Clerk of the Court shall reopen the file in this matter; and it is further

ORDERED that Plaintiff's renewed request to proceed *in forma pauperis* is hereby DENIED, without prejudice; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee; and it is further

ORDERED that the Clerk of the Court shall close the file in this matter.

        s/ Faith S. Hochberg_____
        FAITH S. HOCHBERG
        United States District Judge